UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

James V. Loewen, Esq. jl6056
Wronko & Loewen
69 Grove Street
Somerville, NJ 08876
(908) 704-9200
Attorneys for the Debtor(s)
Joseph P. Swisher

**Order Filed on October 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joseph P. Swisher

Case No.: 15-15503

Chapter: 13

Judge: CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 21, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____James V. Loewen, Esq._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____478.00_____ per month for _____41_____ months to allow for payment of the above fee.

*rev.8/1/15*

2