Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  15–15503–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joseph P. Swisher
  222 E. Camplain Road
  Manville, NJ 08835–1406

Social Security No.:
  xxx–xx–5855

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/2/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 2, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-15503-CMG
Joseph P. Swisher                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1           Date Rcvd: Nov 02, 2017
                              Form ID: 148             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db             Joseph P. Swisher,    222 E. Camplain Road,    Manville, NJ  08835-1406
515411051      Lake Michigan Credit Union,    PO Box 2848,    Grand Rapids, MI 49501-2848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2017 22:42:04      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2017 22:42:02      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515522232      EDI: BL-BECKET.COM Nov 02 2017 22:19:00      Capital One, N.A.,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
515411050      EDI: CBSKOHLS.COM Nov 02 2017 22:18:00      Kohls,    PO Box 3043,    Milwaukee, WI 53201-3043
515411052      EDI: AGFINANCE.COM Nov 02 2017 22:18:00      One Main Financial,    Bankruptcy Dept.,
               P.O. Box 6043,    Sioux Falls, SD 57117-6043
515636003      EDI: PRA.COM Nov 02 2017 22:18:00      Portfolio Recovery Associates, LLC,
               c/o Walmart Master Card,    POB 41067,    Norfolk VA 23541
515618208      EDI: PRA.COM Nov 02 2017 22:18:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
               POB 41067,    Norfolk VA 23541
515636460      EDI: PRA.COM Nov 02 2017 22:18:00      Portfolio Recovery Associates, LLC,
               c/o One Main Financial Holdings, Inc.,    POB 41067,    Norfolk VA 23541
515411053      EDI: RMSC.COM Nov 02 2017 22:18:00      Synchrony Bank,    Attn:  Bankruptcy Department,
               PO Box 965060,    Orlando, FL 32896-5060
515411054      EDI: RMSC.COM Nov 02 2017 22:18:00      Synchrony Bank,    Attn:  Bankruptcy Department,
               PO Box 965061,    Orlando, FL 32896-5061
                                                                                         TOTAL: 10


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo   docs@russotrustee.com
              Denise E. Carlon   on behalf of Creditor   Lake Michigan Credit Union dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James V. Loewen   on behalf of Debtor Joseph P. Swisher loewen@newjerseylawyer.org
              Joshua I. Goldman   on behalf of Creditor   Lake Michigan Credit Union jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                         TOTAL: 5